**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>　　Harriet Taylor<br><br>　　　　　Debtor(s) | Case No. 14-30020 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

　　Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/15/2014.

2) The plan was confirmed on 03/02/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 07/31/2015.

6) Number of months from filing to last payment: 11.

7) Number of months case was pending: 12.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $3,618.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $3,618.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $304.18 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $158.93 |
| Other | $310.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $773.11

Attorney fees paid and disclosed by debtor:   $325.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADVANCE AMERICA | Unsecured | 462.00 | NA | NA | 0.00 | 0.00 |
| AT&T Mobility | Unsecured | NA | 98.50 | 98.50 | 0.00 | 0.00 |
| Cap One | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Cap One | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Cap One | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Cap One | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Cap One | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 141.18 | 191.18 | 191.18 | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT UNION 1 | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT UNION 1 | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT UNION 1 | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT UNION 1 | Unsecured | 1,601.00 | 1,595.74 | 1,595.74 | 0.00 | 0.00 |
| DEVON FINANCIAL SERVICES | Unsecured | 250.00 | 214.56 | 214.56 | 0.00 | 0.00 |
| E CHECK INC | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CO L | Unsecured | 111.00 | NA | NA | 0.00 | 0.00 |
| EOS CCA | Unsecured | 403.64 | NA | NA | 0.00 | 0.00 |
| FIRST FINANCIAL CU | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GREAT AMERICAN FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GREAT AMERICAN FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HARVARD COLLECTION SERVICE | Unsecured | 472.00 | NA | NA | 0.00 | 0.00 |
| HELVEY & ASSOC | Unsecured | 82.00 | NA | NA | 0.00 | 0.00 |
| ILLIANA FINANCIAL CREDIT UNION | Unsecured | 496.00 | NA | NA | 0.00 | 0.00 |
| ILLIANA FINANCIAL CREDIT UNION | Unsecured | 496.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | NA | 758.84 | 758.84 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 280.00 | 131.30 | 131.30 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 30.00 | 30.00 | 0.00 | 0.00 |
| MACYS | Unsecured | 111.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL QUICK CASH | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 2,905.00 | 2,328.07 | 2,328.07 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT | Unsecured | 78.00 | 78.93 | 78.93 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 0.00 | 310.34 | 310.34 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 189.00 | 189.00 | 189.00 | 0.00 | 0.00 |
| SUN CASH | Unsecured | 362.00 | NA | NA | 0.00 | 0.00 |
| TOYOTA MOTOR CREDIT | Secured | 7,050.00 | 10,506.23 | 9,820.00 | 2,683.17 | 161.72 |
| TOYOTA MOTOR CREDIT | Unsecured | 3,089.91 | NA | 686.23 | 0.00 | 0.00 |
| US CASH IL/THE LOAN MACHINE | Unsecured | 5,568.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF DOLTON | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| WEST ASSET MANAGEMENT | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |

### Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $9,820.00 | $2,683.17 | $161.72 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$9,820.00** | **$2,683.17** | **$161.72** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $131.30 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$131.30** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$6,481.39** | **$0.00** | **$0.00** |

### Disbursements:

| | |
|---|---|
| Expenses of Administration | $773.11 |
| Disbursements to Creditors | $2,844.89 |
| **TOTAL DISBURSEMENTS:** | **$3,618.00** |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 08/05/2015          By: /s/ Tom Vaughn
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**